# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADONAI EL-SHADDAI, aka JAMES R. WILKERSON, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT DOYLE, COMMISSIONER, BOARD OF PAROLE HEARINGS, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:10-cv-01159-OWW-SMS<br><br><br>ORDER DISMISSING CASE FOR FAILURE TO SUBMIT FILING FEE<br><br>(Doc. 3) |

      Plaintiff Adonai El-Shaddai, a/k/a James R. Wilkerson,[1] a prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983 on June 30, 2010 (Doc. 1), but failed to pay the $350.00 filing fee. A court order dated July 6, 2010, directed Plaintiff to submit the $350.00 within fourteen days of service (Doc. 3). Although over fourteen days have passed since service of the order, Plaintiff has failed to submit the filing fee for this action.

      Accordingly, the Court hereby **DISMISSES** this action without prejudice for failure to obey a court order. The Clerk of Court is hereby directed to close the case.

IT IS SO ORDERED.

**Dated:   August 20, 2010**                               **/s/ Oliver W. Wanger**
                                                                                     UNITED STATES DISTRICT JUDGE

---

     [1] Although Plaintiff consistently uses the name, Adonai El-Shaddai, this Court has previously experienced problems with prison mail delivery in the absence of Plaintiff's former name, James R. Wilkerson, which is the name on record with the California Department of Corrections and Rehabilitation. To ensure timely delivery of correspondence to Plaintiff, the Court includes both names in the caption of this matter.

1